# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF ILLINOIS

Case #: 20-CV-1119

**Republic Technologies (NA), LLC, and Sream, Inc.**

Plaintiff

vs.

**Discount Tobaccoland Inc and Salahaldin Hamad**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint; Exhibit(s)**

| | |
|---|---|
| PARTY SERVED: | **DISCOUNT TOBACCOLAND INC** |
| PERSON SERVED: | **AHMED AHMAD, MANAGER** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service. |
| DATE & TIME OF DELIVERY: | **05/06/2020 at 2:35 PM** |
| ADDRESS, CITY AND STATE: | **4215 E. STATE ST, ROCKFORD, IL 61108** |
| DESCRIPTION: | Race: **Middle Eastern**   Sex: **Male**   Age: **45**  <br>Height: **5'9"**   Weight: **180**   Hair: **Black**   Glasses: **No** |

Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct.

Signature: *Charles Block*  
Charles Block  
Registration No: 115.002396

CLIENT: **The Ticktin Law Group**  
FILE #: **17-0343**

Job #: **433271**