# CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case #: 20-CV-1119

**Republic Technologies (NA), LLC, and Sream, Inc.**

Plaintiff

vs.

**Discount Tobaccoland Inc and Salahaldin Hamad**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint; Exhibit(s)**

| | |
|---|---|
| PARTY SERVED: | **SALAHALDIN HAMAD** |
| PERSON SERVED: | **SALAHALDIN HAMAD** |
| METHOD OF SERVICE: | **Personal Service** - By personally delivering copies to the within named party. |
| DATE & TIME OF DELIVERY: | **04/02/2020 at 9:46 AM** |
| ADDRESS, CITY AND STATE: | **1171 BROOK HILL CLOSE, ROCKFORD, IL 61108** |
| DESCRIPTION: | Race: **Middle Eastern**    Sex: **Male**    Age: **45**<br>Height: **5'8"**    Weight: **170**    Hair: **Black**    Glasses: **No** |

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct.

Signature: *Charles Block*
Charles Block
Registration No: 115.002396

CLIENT: **The Ticktin Law Group**
FILE #: **17-0343**

Job #: **433270**