# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Republic Technologies (NA), LLC, et al.,

Plaintiff(s),

v.

Discount Tobaccoland, Inc, et al.,

Defendant(s).

Case No. 20 C 1119
Judge Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: judgment is entered in favor of plaintiffs Republic Technologies (NA), LLC and Sream, Inc. and against the defendants Discount Tobaccoland, Inc. and Salahaldan Hamad in the total amount of $30,528.20.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Martha M. Pacold on a motion for default judgment.

Date: 9/14/2020                    Thomas G. Bruton, Clerk of Court

                                   /s/ Ruth O'Shea, Deputy Clerk